1  **Gregory L. Spallas – SBN 129306**
   **Kristi A. Nguyen – SBN 241201**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, 10th Floor
3  San Francisco, California 94108
   Phone: (415) 278-9400
4  Fax:    (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF THE UNITED STATES

10

11  JUANITA MARTINDALE,            )   Case No.  2:04-cv-1909-MCE-GGH
                                   )
12          Plaintiff,             )
                                   )   **STIPULATION AND [PROPOSED]**
13  v.                             )   **ORDER FOR CONTINUANCE OF**
                                   )   **TRIAL**
14  WAL-MART STORES, INC., and DOES 1 )
    through 10, inclusive          )
15                                 )
            Defendants.            )
16  _____)

17  TO THE COURT AND ALL PARTIES:

18         Plaintiff JUANITA MARTINDALE and Defendant WAL-MART STORES, INC., by

19  and through their respective attorneys of record, herein agree and stipulate to a continuance of

20  the trial date as good cause exists for the continuance, as described below.

21         IT IS HEREBY STIPULATED by and between the parties through their attorneys of

22  record that the trial date be continued for a date convenient to the Court after September 25,

23  2006.  Both parties are available for trial on the following dates: September 25, 2006 through

24  October 20, 2006, and November 6, 2006 through November 22, 2006.  The trial should last no

25  longer than five to six days.

26         The trial is currently set for July 12, 2006, with the pre-trial conference set for June 5,

27  2006.  The parties would like to engage in one final attempt to settle the matter and have

28  scheduled a settlement conference with Magistrate Judge Gregory Hollows for June 12, 2006,

-1-

1  his earliest available date. The pre-trial conference, however, is scheduled prior to the
2  settlement conference. If the parties ultimately settle the matter on June 12, 2006, the June 5,
3  2006 pre-trial conference and July 12, 2006 trial would be unnecessary. Thus, a continuance of
4  the trial date would provide the parties an opportunity to engage in settlement discussions and
5  possibly avoid unnecessary use of the Court's time.

7  Dated: April ___, 2006                    PHILLIPS, SPALLAS & ANGSTADT LLP

9                                             _____/S/
10                                     By:    Gregory L. Spallas
                                              Kristi A. Nguyen
11                                            Attorneys for Defendant
                                              WAL-MART STORES, INC.

13  Dated: April ___, 2006                    LAW OFFICES OF SCOTT JOHNSON

16                                             _____ _/S/
17                                     By:    Scott Johnson
                                              Attorneys for Plaintiff
18                                            JUANITA MARTINDALE

19                                           **ORDER**

21         Pursuant to the Stipulation, IT IS HEREBY ORDERED that the trial be continued to
22  November 8, 2006 at 09:00 a.m. The pretrial conference is reset for September 18, 2006 at
23  03:30 p.m. Parties shall file a joint pretrial statement on or before September 5, 2006.
24  Dated: April 28, 2006
25                                             _____
26                                             MORRISON C. ENGLAND, JR
27                                             UNITED STATES DISTRICT JUDGE