SCOTT N. JOHNSON, ESQ. SBN 166952
Law Offices of SCOTT N. JOHNSON
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Juanita Martindale

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA MARTINDALE,<br><br>      Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.;<br>DOES 1 through 10, inclusive,<br><br>      Defendants.<br>_____/ | No. 2:04-cv-1909-MCE-GGH<br><br>**OBJECTION TO FINAL PRETRIAL ORDER: STIPULATION AND ORDER RE REQUEST FOR EXTENSION OF TRIAL** |

    Plaintiff, Juanita Martindale ("Plaintiff"), by and through her designated counsel of record, (Scott N. Johnson) hereby stipulates to an extension of time in which to conduct the trial from three (3) days to ten (10) days. Plaintiff's Counsel (Scott N. Johnson) believes that all witness and testimony can be conducted thoroughly with a longer trial.

    IT IS SO STIPULATED.

                                              LAW OFFICES OF SCOTT N. JOHNSON

Dated: September 25, 2006    /s/ Scott N. Johnson
                                           SCOTT N. JOHNSON
                                           Counsel for Plaintiff

///

**ORDER**

Although Plaintiff has titled his pleading as a "Stipulation", no such stipulation exists. In fact, Defendant has filed an opposition to the request contained in the so called Stipulation.

The request to extend the trial date to ten (10) days is DENIED. The previously allocated time for trial of three (3) days is confirmed.

Plaintiff is cautioned that irregularities in drafting, such as the pleading now before the Court, will not be tolerated in the future and may result in sanctions.

IT IS SO ORDERED.

DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE