UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUANITA MARTINDAL,                    No. 2:04-cv-1909-MCE-GGH

       Plaintiff,

  v.                                   **ORDER RE: SETTLEMENT AND DISPOSITION**

WAL-MART STORES, INC. and
DOES 1 through 10, inclusive,

       Defendants.
_____/

    Pursuant to the representations of the attorney for Plaintiff, the Court has determined that this case is settled.[1]

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 8, 2006. Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

    IT IS SO ORDERED.

DATED: October 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] In light of the Court's Order Re: Settlement and Disposition, the November 8, 2006, jury trial is vacated.