1  **Gregory L. Spallas – SBN 129306**
   **Kristi A. Nguyen – SBN 241201**
2  PHILLIPS, SPALLAS & ANGSTADT LLP
   650 California Street, 10th Floor
3  San Francisco, California 94108
   Phone: (415) 278-9400
4  Fax:    (415) 278-9411

5  Attorneys for Defendant
   WAL-MART STORES, INC.
6

7

8                   UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF THE UNITED STATES

10

11  JUANITA MARTINDALE,              ) Case No. 2:04-cv-1909-MCE-GGH
                                     )
12              Plaintiff,           )
                                     )
13  v.                               ) **REQUEST & ORDER FOR EXTENSION**
                                     ) **TO FILE DISPOSITIONAL**
14  WAL-MART STORES, INC., and DOES 1) **DOCUMENTS**
    through 10, inclusive            )
15                                   )
                Defendants.          )
16  _____ )

17

18  TO THE COURT AND ALL PARTIES:

19         Defendant WAL-MART STORES, INC., by and through their respective attorneys of

20  record, herein moves the Court to extend the deadline to **November 29, 2006** for complying

21  with the Court's October 24, 2006 Order Re: Settlement and Disposition.

22         The current deadline for the parties to file dispositional documents is November 8,

23  2006. The parties agreed to settle the entire matter. Defendant received the settlement

24  agreement, signed by Plaintiff, on November 3, 2006. Although Defendant is in the process of

25  issuing the settlement draft, it is uncertain that Plaintiff will be in receipt of the draft by

26  November 8, 2006. Pursuant to the terms of the settlement agreement, a Stipulation of

27  Dismissal is to be filed after Plaintiff receives the settlement draft. An extension of time will

28  allow each party to properly perform its obligations according to the terms of the agreement.

1 | Dated: November 6, 2006                              PHILLIPS, SPALLAS & ANGSTADT LLP

2

3

4                                                        /s/ Kristi-Nguyen
                                              By:     Gregory L. Spallas
5                                                     Kristi A. Nguyen
                                                      Attorneys for Defendant
6                                                     WAL-MART STORES, INC.

7

8                                          **ORDER**

9

10        IT IS HEREBY ORDERED that pursuant to Local Rule 16-160, the dispositional

11   documents in this matter are to be filed on or before November 29, 2006.

12
     Dated: November 7, 2006
13

14                                                    _____
                                                      MORRISON C. ENGLAND, JR
15                                                    UNITED STATES DISTRICT JUDGE

16

17

---

-2-
**REQUEST & [PROPOSED] ORDER FOR EXTENSION TO FILE DISPOSITIONAL DOCUMENTS.**
*U.S.D.C. – Eastern District of California – Case No.  CIV S-04-1909 MCE GGH*